IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1074

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S MOTION |
| v. | ) | TO CONTINUE |
| Joseph C Couch | ) | |
| | ) | |

Pursuant to 18 USC §3161(h)(3)(B) and to Local Rule 47.1, the GOVERNMENT respectfully request that the above-captioned case be continued to the **Dec 11 2013** misdemeanor docket. In support of this motion, the GOVERNMENT sets forth the following.

1. The defendant was ~~absent due to:~~ *present* *and requests time to seek counsel*.

2. This is the **1st** continuance filed by the Government in this matter.

This the **16th** day of **Oct**, 2013.

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457
Bar No: 4884060 (New York)

The Court finds that the ends of justice are served by the granting of such a continuance outweigh the best interest of the public in a speedy trial because the defendant is absent.

Accordingly, the continuance is ALLOWED. The intervening time from **10/16/13** to **12/11/13** is excluded from speedy trial computation under 18 USC 3161.

This the **16** day of **October**, 2013.

United States Magistrate Judge