IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1074

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | WITHOUT PREJUDICE |
| ) | |
| JOSEPH C. COUCH ) | |

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: based on further investigation and in the interests of justice, prosecution is not warranted.

Samuel J. Adams
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-5571
Bar No: 397520 (Georgia)

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the __16__ day of __April__, 2014.

United States Magistrate Judge